UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KEYBANK NATIONAL ASSOCIATION,
successor by merger to KEY EQUIPMENT
FINANCE INC.,

                         Plaintiff,

        vs.

TRI MAR INDUSTRIES INC.,

                         Defendant.
-----------------------------------------------------------x

Civil Action No. 7:24-cv-04326-MMG

**MEMO ENDORSED**

### REQUEST FOR ENTRY OF DEFAULT

    Plaintiff, KeyBank National Association, successor by merger to Key Equipment Finance Inc., requests that the Clerk of Court enter a Default against Defendant, Tri Mar Industries, Inc, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the declaration submitted herein.

Dated: January 10, 2025

/s/ Dafney Dubuisson Stokes
    Dafney Dubuisson Stokes.
    Americas Tower
    1177 6th Ave, 5th Floor
    New York, New York 10036
    Tel.: (212) 643-9668
    Fax: (212) 643-9640
    dstokes@wongfleming.com
    *Attorneys for Plaintiff*

Denied. In order to obtain a default judgment, Plaintiff is required to adhere to the Individual Rules of Practice for Default Judgment Proceedings. Plaintiff has failed to attach all required papers with the proposed Order. Plaintiff must amend its filings to comply with the Court's rules.

SO ORDERED.

3/31/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
KEYBANK NATIONAL ASSOCIATION,
successor by merger to KEY EQUIPMENT
FINANCE INC.,

                             Civil Action No. 7:24-cv-04326-MMG

              Plaintiff,

      vs.

TRI MAR INDUSTRIES INC.,

              Defendant.
-----------------------------------------------------------x

## ENTRY OF DEFAULT

      It is appearing that Defendant Tri Mar Industries Inc., is in Default for failure to appear or otherwise defend as required by law. Default is hereby entered as against said defendant on this day of January _____, 2025.

                                      Mary C. Loewenguth
                                         Clerk of Court
                                  United States District Court

                              By:_____
                                           Deputy Clerk